THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Clarence
Small,        Appellant.
 
 
 

Appeal From Aiken County
Rodney A. Peeples, Circuit Court Judge

Unpublished Opinion No. 2003-UP-770
Submitted September 7, 2003  Filed 
 December 31, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Clarence Small appeals his 
 convictions and sentences for murder and possession of a knife during the commission 
 of a violent crime.  Counsel for Small attached to the final brief a petition 
 to be relieved as counsel.  Small did not file a separate pro se response.  

After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Smalls appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
STILWELL and BEATTY, JJ., and
CURETON, A.J., concur.